UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE E. KEITH, | ) | CASE NO.  5:10cv125 |
| | ) | 5:06cr420 |
| Petitioner, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| Respondent. | ) | |

This matter comes before the Court on Petitioner's Motion to Correct his Sentence under 18 U.S.C. § 2255.  Petitioner has provided a brief in support of his Motion (Doc. 31-2), and Respondent has filed its brief in opposition (Doc. 33).

Petitioner asserts that, because his counsel's fees were paid by the Government, counsel was ineffective during the plea.  Petitioner entered his plea on November 7, 2006. After Petitioner's conviction and sentence were affirmed on appeal, Petitioner filed a petition for a writ of certiorari with the United States Supreme Court.  The Court denied the petition on November 10, 2008.  Petitioner filed this Motion for relief under § 2255 on January 19, 2010.

In its brief in opposition to Petitioner's Motion, Respondent has set forth a succinct statement of the facts and law, and has provided a thorough analysis of this matter.  The Court has carefully reviewed the brief and finds no reason to expand on the analysis provided. Therefore, for the reasons set forth in the brief in opposition to Petitioner's Motion, the Motion is DENIED and this matter is dismissed.

IT IS SO ORDERED.

DATED:  February 26, 2010          */s/ John R. Adams*_____
                                                              Judge John R. Adams
                                                              UNITED STATES DISTRICT COURT